IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

MANUEL ALEJANDRO          )
ACOSTA BARAY,             )
                          )
    Petitioner,        )
v.                        )          Case No. CIV-25-1261-D
                          )
RUSSELL HOLT et al.,      )
                          )
    Respondents.       )

## ORDER

Respondents have filed a notice informing the Court an Immigration Judge (IJ) granted Petitioner's application for voluntary departure on December 2, 2025. Doc. 14 & Att. 1. The IJ ordered Petitioner to post a bond within five business days of the order and to depart the United States by January 2, 2026. *Id*. Att. 1, at 2.

The IJ's order appears to moot Petitioner's habeas corpus request for a bond hearing pending the outcome of his removal proceedings. Doc. 1. The Court orders Petitioner's counsel to respond to Respondents' notice with an update of Petitioner's status. Is Petitioner still detained? Has or will he post a bond for release? When does he expect to depart?

Counsel shall provide this information and any other information necessary for the Court's resolution of this habeas corpus action on or before December 10, 2025.

**SO ORDERED** this 5th day of December, 2025.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE